UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH   DIVISION

| | |
|---|---|
| HICO AMERICA SALES & TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EFACEC POWER TRANSFORMERS INC. et al., <br><br> Defendants. | Case No.  CV415-054 |

## ORDER

The Court having reviewed and considered the petition of Thomas J. Madigan II, of the law firm of Sher Garner Cahill Richter Klein & Hilbert LLC, 909 Poydras Street, Suite 2800, New Orleans, Louisiana 70112, for permission to appear pro hac vice on behalf of plaintiff HICO America Sales & Technology, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Thomas J. Madigan II, as counsel of record for plaintiff HICO America Sales & Technology, Inc., in this case.

**SO ORDERED** this   5th   day of March, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA