UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HICO AMERICA SALES & TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CV415-054 ) |
| EFACEC POWER TRANSFORMERS INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Court having reviewed and considered the petition of Jill R. Johnson of the law firm of Chamberlain Hrdlicka White Williams & Aughtry, 191 Peachtree Street, N.E., 34th Floor, Atlanta, Georgia 30318, for permission to appear pro hac vice on behalf of defendant Effacec Power Transformers, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jill R. Johnson, as counsel of record for defendant Effacec Power Transformers, Inc., in this case.

**SO ORDERED** this __24th__ day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA