UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| HICO AMERICA SALES & TECHNOLOGY, INC., | ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CV415-054 |
| EFACEC POWER TRANSFORMERS, INC., | ) ) ) ) | |
| Defendant. | ) | |

# ORDER

Over a year ago, the Court decided the motion to compel at the heart of this out-of-district discovery dispute. Doc. 15. Yet, the case remains open for no apparent reason. The Clerk therefore is directed to **ADMINSTRATIVELY CLOSE** this case without prejudice to any parties' right to move to reopen should the need arise. *See, e.g., In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("[A]dministrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

**SO ORDERED** this  29th   day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA